STATE v. CHAMBERS

No. 488P93

Case below: 112 N.C.App. 545

Petition by Attorney General for temporary stay allowed 2 December 1993 pending determination of petition for discretionary review.

STATE v. CLEMMONS

No. 395P93

Case below: 111 N.C.App. 569

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 December 1993.

STATE v. DOUGHTY

No. 467P93

Case below: 110 N.C.App. 491

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

STATE v. HARPER

No. 505P93

Case below: 112 N.C.App 636

Petition by Attorney General for temporary stay allowed 2 December 1993 pending determination of petition for discretionary review.

STATE v. HARRIS

No. 381P93

Case below: 111 N.C.App. 930

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 2 December 1993. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.